**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHUOC DUC PHAM AND TRUNG THANH NGUYEN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET AL.,<br>Respondents. | Case No. 5:26-cv-05246-AJR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Based on the foregoing, the Court GRANTS the Petition as follows. Respondents shall immediately release Petitioners Phuoc Duc Pham and Trung Thanh Nguyen (collectively, "Petitioners") from custody on their prior Orders of Supervision ("OSUP") (only those conditions in place prior to Petitioner Pham's re-detention on July 21, 2026 and Petitioner Nguyen's re-detention on July 16, 2026). Respondents shall also immediately return any confiscated property and documents to Petitioners upon release. Respondents shall not re-detain Petitioners under 8 U.S.C. § 1231 without first providing notice and an opportunity to respond that comports with 8 C.F.R. § 241.13(i). Respondents shall not attempt to remove

Petitioners to any third country not identified in their removal orders without first providing written notice of intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 13, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE